[No. 2481-2.   Division Two.   July 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK L. FLANAGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4250, Gerald B. Chamberlin, J., entered June 28, 1976. *Dismissed* by unpublished per curiam opinion.

[No. 1369-3.   Division Three.   July 13, 1977.]

*In the Matter of the Marriage of* EVERETT G. MCKINNEY, *Respondent, and* EUNICE I. MCKINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 216128, John J. Lally, J., entered December 2, 1974. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2567-2.   Division Two.   July 15, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT J. RIDDELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 66960, John H. Kirkwood, J., entered July 16, 1976. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.